**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>HUGH C POSTELL<br>        Debtor | Case No. 18-14258-mdc |
| PHH MORTGAGE CORPORATION<br><br>      Movant<br>vs.<br>HUGH C POSTELL<br>      Respondent | Chapter 13<br><br><br><br><br>11 U.S.C. §362 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

PHH Mortgage Corporation has filed a Motion for Relief from the Automatic Stay with the Court to permit PHH Mortgage Corporation to Foreclose on 5050 Chancellor Street, Philadelphia, Pennsylvania 19139.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before 06/15/2021 you or your attorney must do all of the following:

(a) file an answer explaining your position at:

Clerk's Office, U.S. Bankruptcy Court
The Robert Nix Building
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney:

Brock and Scott, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC  28217

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

       3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on 06/22/2021 at 10:30 am, in Courtroom 2, United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Suite 202, Philadelphia, PA 19107.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P 9014(d).

       4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

       5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

May 26, 2021



PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel 877-688-7116  
Fax 856-917-8003

## **IMPORTANT NOTICE**

Upon written request, PHH Mortgage Services will provide the following information regarding the subject loan:

- A copy of the payment history through the date the account was last less than 60 days past due.
- A copy of the note.
- If foreclosure has been commenced or a POC has been filed, copies of any assignments of mortgage or deed of trust required to demonstrate the right to foreclose on the borrower's note under applicable state laws.
- The name of the investor that holds the loan.

Requests for this information/documentation can be sent to us at the following address:

PHH Mortgage Services  
Mailstop SBRP  
PO Box 5469  
Mt. Laurel, NJ 08054

This notice is being provided for informational and compliance purposes only. It is not an attempt to collect a debt.