**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>HUGH C POSTELL<br><br>Debtor | Case No. 18-14258-MDC<br><br>Chapter 13 |
| PHH Mortgage Corporation,<br>Movant<br><br>vs.<br>HUGH C POSTELL<br><br>Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 28th day of June 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge