**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> HUGH C POSTELL <br><br> PHH Mortgage Corporation, <br>    Movant <br><br> vs. <br><br> HUGH C POSTELL, <br>    Debtor | Case No. 18-14258-mdc <br> Chapter 13 |

**CONDITIONAL NON-OPPOSITIONAL RESPONSE TO MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

**COMES NOW**, PHH Mortgage Corporation, (herein, "Respondent") by and through undersigned counsel, and hereby responds to the Motion for Authority to Sell Real Property Free and Clear of Liens [Doc. 71] filed on November 11, 2021 and in support thereof, shows unto the Court as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Respondent does not have information necessary to admit or deny the averment in Paragraph 4. Strict proof is demanded at trial.

5. Admitted.

6. Admitted. It is admitted that the Agreement of Sale is provided as Exhibit "A".

7. Denied. By way of further answer, the Sale Agreement lists November 19, 2021 as the sale date not December 15, 2021 as indicated by Debtor. Strict proof to the contrary is demanded at trial.

8. Denied. By way of further answer, Respondent does not have sufficient information necessary to admit or deny the averment in Paragraph 8. Strict proof is demanded at trial.

9. Admitted. By way of further answer, it is admitted PHH Mortgage Corporation has a secured lien on the property. A Payoff will be provided to Debtor's counsel upon receipt. It is anticipated that the expected payoff will be $61,869.92.

10. Denied. By way of further answer, Respondent does not have sufficient information necessary to admit or deny the averment in Paragraph 10. Strict proof is demanded at trial.

By way of further response, Respondent objects to any Order permitting sale of the property without the following:

    a. Respondent's lien is paid in full from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date; or

    b. Any short payoff is approved by Respondent; and

    c. Debtor shall have sixty (60) days from entry of the Order to sell the Real Property.

**WHEREFORE**, Respondent respectfully requests that any order permitting the sale of the Real Property condition the same upon the conditions set forth above and for any other relief the Court deems just and proper.

This the 22nd day of November, 2021

                                            */s/ Andrew Spivack*
                                            Andrew Spivack

        (Bar No. 84439)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        302 Fellowship Road, Suite 130
        Mount Laurel, NJ 08054
        Telephone:  844-856-6646 x3017
        Facsimile:  704-369-0760
        E-Mail:  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>HUGH C POSTELL<br><br>PHH Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>HUGH C POSTELL,<br>    Debtor | Case No. 18-14258-mdc<br>Chapter 13 |

**ORDER**

     **AND NOW**, upon consideration of Debtor's Motion to Approve Sale of Real Estate Pursuant to 11 U.S.C. Section 363, and upon notice, and opportunity for hearing, and the responses thereto, the Motion is hereby **ORDERED** that the Motion is CONDITIONALLY GRANTED pursuant to the terms of this Order as follows:

     It is **ORDERED** that the sale of Real Property located at **5050 Chancellor Street, Philadelphia, PA 19139** (the "Property") pursuant to the terms of the agreement of sale as more fully described in the Motion to Approve Sale of Real Estate Pursuant to 11 U.S.C. Section 363 for the purchase price of $205,000.00; and it is further

     **ORDERED** that the mortgage lien of PHH Mortgage Corporation shall remain a valid lien against the Property until it is paid in full; and it is further

     **ORDERED** that the Debtor shall satisfy the mortgage lien of PHH Mortgage Corporation by paying the full amount due subject to a payoff quote good through the settlement date.

     **ORDERED** Debtor shall have sixty (60) days from entry of the Order to sell the Real Property.

                                                                _____
                                                                 Honorable Magdeline D. Coleman
                                                                  U.S Bankruptcy Court Judge

Date:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>HUGH C POSTELL<br><br>PHH Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>HUGH C POSTELL,<br>    Debtor | Case No. 18-14258-mdc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Motion To Approve Sale has been electronically served or mailed, postage prepaid on November 22, 2021 to the following:

HUGH C POSTELL
5050 CHANCELLOR STREET
PHILADELPHIA, PA 19139

BRAD SADEK, Debtor's Attorney
Sadek and Cooper
1315 WALNUT ST STE 502
PHILADELPHIA, PA 19107

KENNETH E WEST, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x3017
Facsimile: 704-369-0760
E-Mail: PABKR@brockandscott.com