### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|    Hugh Postell | :    Chapter 13 |
| | :    Case No.: 18-14258-MDC |
|    Debtor(s) | : |

### PRAECIPE TO CHANGE DEBTOR(S) ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtor's New Address as follows:

      1161 Van Pelt Street
      Philadelphia, PA 19121


Dated:  December 29, 2021            */s/ Brad J. Sadek*
                                                          Brad J. Sadek, Esquire
                                                          Counsel for Debtor(s)